IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARMAND & MARY CORRENTI,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 12-6303 |
| | : | |
| **MERCHANTS PREFERRED** | : | |
| **INSURANCE CO.,** | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this 31st day of January, 2013, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Merchants' Motion for Summary Judgment *(Doc. No. 9)* is **GRANTED**.

Judgment is entered in favor of Merchants Preferred Insurance Company against Armand and Mary Correnti.

**IT IS FURTHER ORDERED** that Plaintiffs and Merchants shall proceed with an appraisal as set forth in the insurance policy.

The Clerk's Office shall close this case for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.